**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 233 WAL 2020
                                         :
            Respondent            :
                                         :   Petition for Allowance of Appeal
                                       :   from the Order of the Superior Court
            v.                       :
                                         :
                                       :
CHARLES WILLIAMS,                 :
                                       :
            Petitioner            :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 20th day of January, 2021, the Petition for Allowance of Appeal is **DENIED**.